UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Wells Fargo Bank, N.A.,**

    **Plaintiff,**

v.                                                       Case No.: 2:07-cv-324
                                                             Judge Smith

**Mark A. Hawley,** *et al.*,                  Magistrate Judge Kemp

    **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Motion to Dismiss for Forbearance Plan with Continuing Jurisdiction to Enforce the Plan (Doc. 18).  Plaintiff represents that a Forbearance Plan has been entered into between the parties and that the plan is current to date.  Accordingly, Plaintiff's Motion is **GRANTED** and this case is therefore dismissed.

The Court, however, shall retain jurisdiction over this case for purposes of enforcing the terms of the Forbearance Plan.

The Clerk shall remove Document 18 from this Court's pending motions list.

The Clerk shall remove this case from the Court's pending cases list.

    **IT IS SO ORDERED.**

                                             */s/ George C. Smith*
                                             **GEORGE C. SMITH, JUDGE**
                                             **UNITED STATES DISTRICT COURT**